# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY -9 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:13mj 191 |
| KASSIAN MARITIME NAVIGATION AGENCY, LTD. | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of April 15, 2013, in the city of Norfolk, Virginia, in the Eastern District of Virginia, the defendants violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 1519 | Alteration, Destruction, Mutilation, Concealment, Cover Up and Falsification of Records in a Federal Investigation |

This criminal complaint is based on these facts: Please see attached Affidavit.

READ AND APPROVED:

_____
Joseph L. Kosky
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Maria B. Milbourne, Special Agent, CGIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/9/13

City and state: Norfolk, VA

_____
*Judge's signature*

Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*